**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

DAVID E. KATES,

    Petitioner,

        v.

J.E. THOMAS, *et al.*,

    Respondents.

CIVIL ACTION NO. 3:12-CV-2270

(JUDGE CAPUTO)

## ORDER

**NOW** this 5th day of February, 2013, after consideration of the Magistrate Judge's Report and Recommendation (Doc. 4), **IT IS HEREBY ORDERED** that:

(1)    The Report and Recommendation (Doc. 4) is **ADOPTED.**

(2)    Petitioner David Kates's Motion for Leave to Proceed *In Forma Pauperis* (Doc. 3) is **GRANTED**.

(3)    Petitioner David Kates's Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

(4)    The Clerk of Court is directed to **TERMINATE** all other pending motions.

(5)    The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo

A. Richard Caputo
United States District Judge